IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDY COTTON, Individually
and on behalf of all others
similarly situated                                                                PLAINTIFF

v.                              No. 3:17-cv-157-DPM

NORTHLAND GROUP, INC. and
JOHN DOES 1–25                                                                DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 December 2017